# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MICHAEL RAZO,<br><br>Petitioner,<br><br>v.<br><br>MARTIN D. BITER, Warden,<br><br>Respondent. | Case No. CV 11-9513-RGK (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 03, 2015

*Gary Klausner*

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

-1-